# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIFFANY MORRISSEY O/B/O C.K.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security[1],<br><br>Defendant. | CIVIL ACTION NO. 3:20-cv-00883<br><br>(SAPORITO, M.J.) |

## ORDER

**AND NOW**, this 15th day of July, 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter final judgment **VACATING** the decision of the Commissioner of Social Security;

2. This case is **REMANDED** to the Commissioner for further proceedings consistent with the Memorandum filed of even date herewith; and

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security n July 9, 2021. She has been automatically substituted in place of the original defendant, Andrew Saul. See Fed. R. Civ. P. 25(d); see also 42 U.S.C. §405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security). The caption in this case is amended to reflect this change.

2. The Clerk of Court shall CLOSE this case.

<b><i><u>s/Joseph F. Saporito, Jr.</u></i></b><br>
JOSEPH F. SAPORITO, JR.<br>
United States Magistrate Judge

Dated: July 15, 2021